**PORT OF SEATTLE, a Washington Municipal Corporation, Plaintiff—Appellant,**

v.

**AVISTA CORPORATION, a Washington Corporation; Avista Energy, Inc.; Avista Power LLC, a Washington Corporation; El Paso Electric Company; Portland General Electric Company, an Oregon Corporation; Powerex Corp., a Canadian Corporation; PPL Montana LLC, a Delaware Corporation; Puget Energy, Inc., a Washington Corporation; Puget Sound Energy, Inc., a Washington Corporation; Sempra Energy Resources; Sempra Energy Trading; Transalta Corp., a Canadian corporation; Idacorp, Inc.; Idaho Power Company, Defendants—Appellees,**

and

**Idacorp, Inc., an Idaho Corporation; Idaho Power Co.; Pacificorp, an Oregon Corporation; Scottish Power LLC, a public limited liability company of the United Kingdom; Transalta Energy Marketing, Inc., a Canadian Corporation, Defendants.**

No. 04–55964.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 7, 2006.

Filed March 30, 2006.

Philip L. Chabot, Jr., Esq., McCarthy, Sweeney & Harkaway, P.C., Washington, DC, for Plaintiff—Appellant.

Evan L. Schwab, Esq., Dorsey & Whitney, LLP, Kirstin S. Dodge, Esq., Perkins Coie, LLP, Seattle, WA, Kenneth R. Heitz, Esq., Irell & Manella, LLP, Alan Z. Yudkowsky, Esq., Stroock & Stroock & Lavan, Los Angeles, CA, William F. Martson, Jr., Esq., Steven M. Wilker, Esq., Tonkon Torp, LLP, Mark A. Turner, Esq., Ater Wynne Hewitt Dodson & Skerritt, Portland, OR, Gary D. Bachman, Esq., Bellevue, WA, Deanna Lyn King, Esq., Bracewell & Giuliani, LLP, Austin, TX, Andrew M. Edison, Esq., J. Clifford Gunter, III, Esq., Bracewell & Giuliani, LLP, Houston, TX, Steven J. Rosenbaum, Esq., Covington & Burling, Van Ness Feldman, Washington, DC, Michael J. Weaver, Esq., Latham & Watkins, LLP, San Diego, CA, for Defendants—Appellees.

David M. Brenner, Esq., Riddell Williams, PS, Andrew R. Gala, Esq., Schwabe, Williamson & Wyatt, Seattle, WA, George S. Canellos, Esq., Milbank Tweed Hadley & McCloy, LLP, New York, NY, for Defendants.

Thomas L. Boeder, Esq., Perkins Coie, LLP, Seattle, WA, Gordon P. Erspamer, Esq., Morrison & Foerster, LLP, Walnut Creek, CA, Rex Blackburn, Esq., Blackburn Jones LLP, Boise, ID, for Defendants/Defendants—Appellees.

Before: THOMAS and TALLMAN, Circuit Judges, and FITZGERALD,* District Judge.

---

* The Honorable James M. Fitzgerald, Senior United States District Judge for the District of Alaska, sitting by designation.

## ORDER **

The Port of Seattle ("Port") appeals the district court's dismissal with prejudice of its claims arising from its payment of wholesale electricity rates. The dismissal of the action by the district court is affirmed on the ground that the Port's claims are barred by the doctrine of conflict preemption. See U.S. CONST. art. VI, cl. 2; *Gadda v. Ashcroft*, 377 F.3d 934, 946 (9th Cir.2004) (as amended), *cert. denied*, 543 U.S. 876, 125 S.Ct. 275, 160 L.Ed.2d 127 (2004). The Port's requested relief squarely conflicts with existing FERC proceedings and orders. To avoid interfering with these proceedings, this case is dismissed.

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.